```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

**Wanjiku Thiongo**

    **v.**                                Case No. 04-cv-387-PB

**United States of America**


**NOTICE OF RULING**

   Re:  Document No. 25, Motion for Certificate
        of Appealability

     Ruling: Petitioner has not made a substantial showing of the denial of a constitutional right.  As I explained when I resolved the issue of fact on which the present motion is based, the prosecutor gave notice of her promises not to prosecute certain witnesses to the defense.  Motion denied.


     Entered by:  Paul Barbadoro, District Judge

     Date:  August 22, 2005



cc:  John J.E. Markham, II, Esq.
     Janis F. Lint, Esq.
     Terry Ollila, AUSA